UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| MYA Y., [1] | Civil Nos. 20-1296 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |
| ANDREW SAUL,<br>Commissioner of Social Security, | |
| Defendant. | |

_____

Edward C. Olson, **Attorney at Law**, 331 2nd Ave. S., Suite 420, Minneapolis, Minnesota, 55401 and Karl E. Osterhout, **Osterhout Disability Law, LLC,** 521 Cedar Way, Suite 200, Oakmont, Pennsylvania, 15139 for Plaintiff.

James D. Sides, **Social Security Administration, Office of the General Counsel – Suite 350**, 1301 Young Street, Mailroom 104, Dallas, Texas 75202 for Defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

  **1.** Plaintiff's Motion for Summary Judgment, [Docket No. 21], is **DENIED**; and

  **2.** Defendant's Motion for Summary Judgment, [Docket No. 27], is **GRANTED**.

  **LET JUDGMENT BE ENTERED ACCORDINGLY.**

| | |
|---|---|
| Dated: July 16, 2021<br>at Minneapolis, Minnesota | s/John R. Tunheim<br>JOHN R. TUNHEIM<br>Chief Judge<br>United States District Court |

---

1 This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in Social Security opinions such as the present Report and Recommendation. Accordingly, where the Court refers to Plaintiff by her name only her first name and last initial are provided.